ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUN 15 AM 8: 48

CLERK _McCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CATHERINE A. WILLIS,            )
                                )
    Plaintiff,                  )
                                )
v.                              )   CV 105-021
                                )
JO ANNE B. BARNHART, Commissioner)
of Social Security Administration,)
                                )
    Defendant.                  )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **AFFIRMED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Commissioner.

SO ORDERED this 15th day of June, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE